1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                            RIVERSIDE

11

| | |
|---|---|
| NFT PARCEL A LLC, a California limited liability company, | Case No. EDCV 09-00827 VAP (VBKx) |
| | Assigned to the Hon. Virginia A. Phillips, Courtroom 2 |
| Plaintiff, | |
| vs. | |
| MICHAEL S. MARIX, an individual; MICHAEL S. MARIX, as Trustee of the Marix Family Trust Under Declaration of Trust Dated as of October 12, 2000, as Amended by Michael S. Marix, its Sole Trustee; the MARIX FAMILY TRUST UNDER DECLARATION OF TRUST DATED AS OF OCTOBER 12, 2000, AS AMENDED BY MICHAEL S. MARIX, ITS SOLE TRUSTEE; and DOES 1 through 10, inclusive, | **JUDGMENT** |
| Defendants. | |

23

24

25

26

27

28

1       This action came on for hearing before the Court on November 16, 2009, the

2  Honorable Virginia A. Phillips, District Judge presiding, on Plaintiff's Motion for

3  Summary Judgment, and the evidence presented having been fully considered, the

4  issues having been duly heard, as well as the arguments advanced by counsel for the

5  parties, and an Order Granting Summary Judgment having been entered on December

6  22, 2009,

7       IT IS ORDERED AND ADJUDGED that Plaintiff NFT Parcel A LLC recover

8  from Defendants MICHAEL S. MARIX, an individual; MICHAEL S. MARIX, as

9  Trustee of the Marix Family Trust Under Declaration of Trust Dated as of October

10  12, 2000, as Amended by Michael S. Marix, its Sole Trustee; and the MARIX

11  FAMILY TRUST Under Declaration of Trust Dated as of October 12, 2000, as

12  Amended by Michael S. Marix, its Sole Trustee, jointly and severally, the amount of

13  $2,336,837.93, plus additional accrued interest from October 2, 2009 through

14  December 30, 2009 in the amount of $61,008.68, together with interest thereon at the

15  contract rate from the date of the judgment until paid, together with costs of suit,

16  including attorneys' fees pursuant to F.R.C.P. Rule 54, in the amount of $_____.

Dated: __January 12, 2010_____
_____
Honorable Virginia A. Phillips
United States District Court Judge

PROPOSED JUDGMENT

O:\ECF Ready\ED09CV00827VAP-NFT PARCEL.doc